E-FILED
Friday, 15 January, 2021  04:17:38 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

UNITED WISCONSIN GRAIN PRODUCERS LLC;

DIDION ETHANOL, LLC;

ACE ETHANOL, LLC;

FOX RIVER VALLEY ETHANOL, LLC;

BADGER STATE ETHANOL, LLC; and

PLCP, LLLP,

        Plaintiffs

    v.

ARCHER DANIELS MIDLAND COMPANY,

        Defendant.

Case No. 2:20-cv-02314

Hon. Colin Stirling Bruce

ORAL ARGUMENT REQUESTED

**DEFENDANT'S MOTION TO DISMISS THE PLAINTIFFS' COMPLAINT
UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Archer Daniels Midland

Company ("ADM") moves to dismiss Plaintiffs United Wisconsin Grain Producers LLC, Didion

Ethanol, LLC, ACE Ethanol, LLC, Badger State Ethanol, LLC, Fox River Valley Ethanol, LLC,

and PLCP, LLLP's (collectively, "Plaintiffs") Complaint.   As explained in detail in the

accompanying memorandum in support of this motion, the motion is based on Plaintiffs'

allegations that actually disprove that Defendant actually monopolized or attempted to monopolize

any market in violation of Section 2 of the Sherman Act or the Illinois Antitrust Act.   L.R.

7.1(B)(1).  Further, Plaintiffs' consumer fraud claims fail because a competitor is unable to assert

a consumer fraud claim where there is no harm to consumers, and their tortious interference claims

fail because Plaintiffs fail to allege that ADM improperly interfered with any particular contracts. *Id.* Defendant requests oral argument in order to respond to any questions the Court may have about the Sherman Antitrust Act, the Illinois Antitrust Act, or any of the issues raised in the accompanying memorandum, and because the relief Defendant seeks is dispositive of Plaintiffs' claims. L.R. 7.1(A)(2).

Wherefore, Defendant respectfully requests that this Court dismiss Plaintiffs' Complaint in its entirety.

Respectfully submitted,

Dated: January 15, 2021

By: ___*/s/ Stephen V. D'Amore*___
Stephen V. D'Amore
Scott P. Glauberman
Samantha M. Lerner
Reid F. Smith
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
sdamore@winston.com
sglauber@winston.com
slerner@winston.com
rfsmith@winston.com

James C. Kearns
HEYL, ROYSTER, VOELKER & ALLEN
301 N. Neil Street, Suite 505
Champaign, Illinois 61820
JKearns@heylroyster.com
(217) 344-0060

*Counsel for Defendant*
*Archer Daniels Midland Company*

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2021, I caused the foregoing to be served on the following by filing it with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record, including the following:

James P. Fieweger
MICHAEL BEST & FRIEDRICH LLP
444 West Lake Street, Suite 3200
Chicago, IL 60606
Telephone: (312) 222-0800
Facsimile: (312) 222-0818
jpfieweger@michaelbest.com

Joseph L. Olson
MICHAEL BEST & FRIEDRICH LLP
790 N. Water Street, Suite 2500
Milwaukee, WI 53202
Telephone: (414) 271-6560
Facsimile: (414) 277-0656
jlolson@michaelbest.com

Austin B. Cohen
Keith J. Verrier
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3997
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
acohen@lfsblaw.com
kverrier@lfsblaw.com

Dated: January 15, 2021

By: ___ */s/ Stephen V. D'Amore* _____
Stephen V. D'Amore
Samantha M. Lerner
Reid F. Smith
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
sdamore@winston.com
glombard@winston.com
slerner@winston.com
rfsmith@winston.com

*Counsel for Defendant*
*Archer Daniels Midland Company*

1