Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **United Wisconsin Grain Producers LLC, Didion Ethanol LLC, Ace Ethanol LLC, Fox River Valley Ethanol LLC, Badger State Ethanol LLC, and PLCP LLLP,** ) ) ) ) ) **Plaintiff,** ) ) vs. ) ) **Archer Daniels Midland Company** ) ) **Defendant.** ) | Case Number: 20-cv-2314 |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff recovers nothing from the claim.

**Dated: 7/12/2022**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court